# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| KT IMAGING USA, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>                Defendant. | Case No.: 6:21-cv-01002-ADA<br><br>**Jury Trial Demanded** |

## JOINT MOTION TO DISMISS

WHEREAS, Plaintiff KT Imaging USA, LLC ("Plaintiff") and Defendant Apple Inc. ("Apple") have resolved Plaintiff's claims for relief against Apple and Apple's counterclaims for relief against Plaintiff asserted in this case.

NOW, THEREFORE, Plaintiff and Apple, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Apple with prejudice and Apple's claims, defenses or counterclaims for relief against Plaintiff without prejudice, and with all attorneys' fees, costs of court and expenses born by the party incurring same.

Dated: April 29, 2022

| | |
|---|---|
| Respectfully submitted,<br><br>By: */s/ Dmitry Kheyfits*<br>   Dmitry Kheyfits<br>   State Bar No. 24115271<br>   dkheyfits@kblit.com<br>   Brandon G. Moore<br>   State Bar No. 24082372<br>   bmoore@kblit.com<br>   Kheyfits Belenky LLP<br>   108 Wild Basin Road, Suite 250 | Respectfully submitted,<br><br>By: */s/ Ryan Schletzbaum*<br>   J. Stephen Ravel<br>   Texas State Bar No. 16584975<br>   KELLY HART &HALLMAN LLP<br>   303 Colorado, Suite 2000<br>   Austin, Texas 78701<br>   Tel: (512) 495-6429<br>   steve.ravel@kellyhart.com |

- 2 -

<div style="display: flex;">
<div style="width: 50%;">

Austin, TX 78746
Tel: 737-228-1838
Fax: 737-228-1843

Andrey Belenky
State Bar No. 4524898
abelenky@kblit.com
Hanna G. Cohen
State Bar No. 4471421
hgcohen@kblit.com
Kheyfits Belenky LLP
80 Broad Street, 5th Floor
New York, NY 10004
Tel: 212-203-5399
Fax: 212-203-5399

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
State Bar No. 24104849
cbartles@stafforddavisfirm.com
The Stafford Davis Firm, PC
815 South Broadway
Tyler, Texas 75701
Tel: (903) 593-7000
Fax: (903) 705-7369

*Attorneys for Plaintiff*
*KT Imaging USA, LLC*

</div>
<div style="width: 50%;">

Mark D. Schafer (*pro hac vice*)
Ryan Schletzbaum (*pro hac vice*)
Lauren Douville (*pro hac vice*)
Shook Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108
Tel: (816) 474-6550
Fax: (816) 421-5547
mschafer@shb.com
rschletzbaum@shb.com
ldouville@shb.com

*Attorneys for Defendant Apple Inc.*

</div>
</div>